UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHARLES VINCENT
ASHFORD, JR.,

        **Plaintiff,**

  v.

STATE OF OHIO, *et al.*,

        **Defendants.**

:

:

:

Case No. 2:25-cv-148
Chief Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on Magistrate Judge Vascura's April 22, 2025 Report and Recommendation. (R&R, ECF No. 6.) After performing an initial screen of the Complaint pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A, the Magistrate Judge recommended that the Court dismiss Plaintiff Charles Vincent Ashford, Jr.'s Complaint for failure to state a claim. (*Id.*) Mr. Ashford timely filed objections to the Report and Recommendation. (ECF No. 7.)

If a party objects within the allotted time to a report and recommendation, the Court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b). Upon review, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Mr. Ashford's objection re-alleges many of the facts laid out in his Complaint. (*Compare* ECF No. 5 *and* ECF No. 7.) In response to the R&R, the objection says only:

> I listed the State of Ohio because I feel that the State is responsible and I'm supported by the 14th Amendment. I named the "ODRC" because there were so many diffrent prisons volunteering at Ross around that time the most appropriate agency to list would be the "ODRC." I included the State Highway Patrol because during their rounds I yelled for dear life for them and they did not physically come check on me. I named the Sheriff because they were here and so was the National Guard and I feel like all agencies derelicted dutys.

(ECF No. 7, PAGEID # 43 (reproduced as written).) Mr. Ashford neither challenges the R&R's conclusion that these entities are entitled to sovereign immunity, nor does he argue that any exception to sovereign immunity should apply. (*See* R&R, PAGEID # 37.) The Court thus finds no error with the Magistrate Judge's reasoning or conclusion.

Mr. Ashford's Objection (ECF No. 7) is **OVERRULED**. The Court **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation (ECF No. 6). Mr. Ashford's Complaint is **DISMISSED**. The Clerk is **DIRECTED** to **TERMINATE** this case.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

2